AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

NADINE LEACH

v.

CITY OF NEW YORK, et al.

APPEARANCE

Case Number: 08 CV 3249 (LTS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

the City of New York.

I certify that I am admitted to practice in this court.

April 22, 2008
Date

*(signature)*
Signature

Robyn N. Pullio       RP 7777
Print Name            Bar Number

100 Church Street
Address

New York, N.Y.   10007
City          State          Zip Code

(212) 788-1090        (212) 788-9776
Phone Number          Fax Number