```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 3 0 2008
```

MICHAEL COLIHAN- ATTORNEY AT LAW

44 Court Street
Suite 911
Brooklyn, New York 11201

Phone (718) 488-7788

Hon. Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

June 26, 2008.

Re: Leach v NYC et al 08 cv 3249

Dear Judge Swain:

    I represent the plaintiff in this action for violation of her civil rights. I apologize for not writing this letter sooner, but there was some last minute changes in the scheduling of the matter I am actually engaged in. On Friday, June 27, 2008 I will be actually engaged on trial in the matter of Annunziata v NYC, et al before the Hon. Shira Scheindlin.

    I thus request the conference scheduled before Your Honor for the same date at 11:30 am be adjourned to a date convenient to this court. This conference has not been adjourned before.

    I thank you for your attention & consideration.

MC/ll

cc: ACC Robyn Pullio

Very Truly Yours,

Michael Colihan

*The conference is adjourned to July 17, 2008, at 2:30 pm.*

SO ORDERED.

6/27/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE