RECEIVED

JUL 0 8 2008

CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 9 2008

ROBYN N. PULLIO
*Assistant Corporation Counsel*
Special Federal Litigation Division
Tel.: (212) 788-1090
Fax: (212) 788-9776
Email: rpullio@law.nyc.gov

July 7, 2008

**BY HAND**
Honorable Laura T. Swain
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Nadine Leach v. The City of New York, et al., 08 CV 3249 (LTS)

Dear Judge Swain:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and counsel for defendant the City of New York. I write to respectfully request that the initial conference in this matter, which is currently scheduled for July 17, 2008, at 2:30 p.m., be rescheduled to a later date deemed appropriate by this Court. I have conferred with plaintiff's counsel, Michael Colihan, Esq., regarding this request and am writing with his consent to our application.

The reason for this request is that I will be engaged in a trial scheduled before Judge Charles P. Sifton in the Eastern District of New York in the case of Harwinder Vilkhu v. City of New York, et. al., 06 CV 2095 (CPS)(JO), which is scheduled to commence on July 14, 2008. The parties have estimated that the Vilkhu trial will last between four (4) to seven (7) days. In view of the foregoing, defendant City respectfully requests that the court grant an adjournment of the initial pretrial conference in this matter, which is currently scheduled for July 17, 2008, at 2:30 p.m., to a later date convenient to the court after the Vilkhu trial has concluded. This is the City's first request for an adjournment of the initial conference in this action.

Thank you for your consideration of this request.

2

Respectfully submitted,

Robyn N. Pullio (RP 7777)
Assistant Corporation Counsel

cc:    **BY FAX**
Michael Colihan, Esq.
Attorney for Plaintiff
44 Court Street, Suite 911
Brooklyn, NY 11201
(718) 488-7788
Fax: (718) 694-0357

The conference is adjourned to
August 15, 2008, at 11:30AM.

SO ORDERED.

7/9/2008

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2