## MEMORANDUM ENDORSED

Leach v. City of New York, 08 Civ. 3249

Re: Letter dated August 17, 2008

With respect to the motion to amend, plaintiff's counsel should contact the City to determine if the amendment may be accomplished by stipulation and order. If not, the pre-motion conference requirement is waived.

As to the service issue, again, plaintiff's counsel should contact the City to determine if agreement can be reached on this issue. If there is no agreement, an application may be made provided it complies with paragraph 2.A of this Court's Individual practices. See Order, dated August 15, 2008, ¶ 2.

SO ORDERED.  DATE: 8/25/08

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

MICHAEL COLIHAN- ATTORNEY AT LAW

44 Court Street
Suite 911
Brooklyn, New York 11201

Phone (718) 488-7788

Hon. Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

August 17, 2008.

Re: Leach v NYC et al 08 cv 3249

Dear Judge Swain:

I represent the plaintiff in this action for violation of her civil rights. I write to request permission to amend the complaint in this action. My sole amendments would be to (a) substitute the name of the purported arresting officer Carlos Thomas for the name Police Officer Bennett and (2) substitute the name "undercover police officer # 2773 and undercover police officer #2570 for the "John Doe" in the complaint. No prior application for this relief has been made. The reason that this application comes at this time is that I only received the City's discovery now which contained the identifying information as to the individual defendants.

My second request is for the City to be required to provide addresses for service of process for all three police defendants. Especially in the case of the undercover officers, it will be impossible to serve them without this information. If there is concern about secrecy in the case of the undercovers, in the past, the City has accepted service for them.

I thank you for your attention & consideration.

MC/ll

cc: ACC Robyn Pullio

Very Truly Yours,

Michael Colihan